

# NUMBERS 13-19-00545-CV & 13-19-00547-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE FRAUDULENT HOSPITAL LIEN LITIGATION

## On Petition for Writ of Mandamus.

## SUPPLEMENTAL ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina**
**Order Per Curiam**

On October 23, 2019, this Court granted Relator's emergency motions for stay in appellate cause numbers 13-19-00545-CV and 13-19-00547-CV, and we ordered the trial court to stay all pending proceedings. On October 28, 2019, Real Parties in Interest filed motions in both appellate causes requesting that we reconsider our October 23, 2019 order and lift the stay, and they filed motions in both causes requesting that in the alternative we clarify our October 23rd order.

This Court, having examined and fully considered the motions, is of the opinion that the motions to reconsider our October 23, 2019 order and lift the stay should be denied and that the motions for clarification should be granted. Accordingly, we DENY the Real Parties in Interests' motions requesting that we lift the stay in the trial court, and we GRANT the Real Parties in Interests' motions requesting that we clarify our order to stay the proceedings in the trial court. We clarify that all proceedings in these causes are hereby STAYED and remain on hold including legal deadlines applicable to any party pending further order of the Court or resolution of these original proceedings. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."); *In re Geomet Recycling LLC*, 578 S.W.3d 82, 91 (Tex. 2019) (orig. proceeding) (explaining that § 51.014(b) "contains no exceptions to its mandatory stay of 'all other proceedings in the trial court pending resolution of that appeal'").

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
29th day of October, 2019.